```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 06 B 10471
   MONA A MARSHALL
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-9864


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/24/2006 and was confirmed 01/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 08/15/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST         PRINCIPAL
                                                            PAID             PAID
------------------------------------------------------------------------
AMERICREDIT                SECURED NOT I      15.00             .00            15.00
AMERICREDIT                UNSECURED       NOT FILED            .00              .00
CAR TOWN INC               SECURED VEHIC     100.00            1.41            43.68
CAR TOWN INC               UNSECURED       NOT FILED            .00              .00
UNITED AUTO CREDIT CORP    SECURED VEHIC    5831.00          137.31            50.00
AR RESOURCES INC           UNSECURED       NOT FILED            .00              .00
CAVALRY PORTFOLIO SERVIC   UNSECURED       NOT FILED            .00              .00
CB USA INC                 UNSECURED         1922.93            .00              .00
CHECK RECOVERY SYSTEMS     UNSECURED       NOT FILED            .00              .00
AT & T WIRELESS            UNSECURED       NOT FILED            .00              .00
CITY OF CHICAGO PARKING    UNSECURED         1590.00            .00              .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED            .00              .00
CREDIT PROTECTION          UNSECURED       NOT FILED            .00              .00
DEBT CREDIT SERVICES       UNSECURED       NOT FILED            .00              .00
MCLEOD USA                 UNSECURED          383.39            .00              .00
H AND F LAW                UNSECURED       NOT FILED            .00              .00
HARRIS                     UNSECURED       NOT FILED            .00              .00
IC SYSTEMS                 UNSECURED       NOT FILED            .00              .00
MEDICAL COLLECTION         UNSECURED       NOT FILED            .00              .00
MEDICAL COLLECTION         UNSECURED       NOT FILED            .00              .00
MRSI                       UNSECURED       NOT FILED            .00              .00
NCO INOVMED                UNSECURED       NOT FILED            .00              .00
UNITED AUTO CREDIT CORP    UNSECURED         1319.00            .00              .00
PEOPLES GAS LIGHT & COKE   UNSECURED          721.08            .00              .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      55.25             .00            55.25
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,500.00                           907.59
TOM VAUGHN                 TRUSTEE                                             73.86
DEBTOR REFUND              REFUND                                                .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
```

PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 10471 MONA A MARSHALL

```
-------------------------------------------------------------------------------
TRUSTEE                                   1,284.10

PRIORITY                                                             55.25
SECURED                                                             108.68
    INTEREST                                                        138.72
UNSECURED                                                              .00
ADMINISTRATIVE                                                      907.59
TRUSTEE COMPENSATION                                                 73.86
DEBTOR REFUND                                                          .00
                                     ---------------        ---------------
TOTALS                                    1,284.10                1,284.10
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
   Dated: 12/03/07                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```